UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------- X
ERIC VELOZO,                             : CASE NO.: 1:20-cv-01330-MKB
                                         :
        Plaintiff,                    :
                                         :
   -against-                            :
                                         :
COMTECH TELECOMMUNICATIONS               :
CORP., AND FRED KORNBERG,                :
                                         :
        Defendants.                   :
                                         :
---------------------------------------- X

## **NOTICE OF DISMISSAL**

    Notice is hereby given that pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff voluntarily dismisses without prejudice the above-titled action. This notice of dismissal is being filed with the Court before service by Defendants of either an answer or a motion for summary judgment.

Dated: May 6, 2020

                                                    Respectfully Submitted,

                                                    **MONTEVERDE & ASSOCIATES PC**

                                                    */s/ Juan E. Monteverde*_____
                                                    Juan E. Monteverde
                                                    The Empire State Building
                                                    350 Fifth Avenue, Suite 4405
                                                    New York, New York 10118
                                                    Tel: 212-971-1341
                                                    Fax: 212-202-7880

                                                    *Attorney for Plaintiff*